| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | **FILED**<br>**MJ 23-00136**<br>2023 JAN 12 AM 9:03<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CAL.<br>LOS ANGELES<br>BY: CD |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Steven Knight<br><br>USMS# 49028-298 | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>15-CR-00265-LAB<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 01/11/2023 at 1:30 ☐ AM ☒ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583 Probation Violation

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1976

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty PreTrial Officer

10. Remarks (if any): _____

11. Name: Job Gudino  (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S.M.S.

14. Signature: /s/

15. Date: 01/11/2023

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION